IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION ONE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 79468-0-I |
| | ) | |
| Respondent, | ) | |
| | ) | |
| v. | ) | UNPUBLISHED OPINION |
| | ) | |
| TIMOTHY GONSALVES, | ) | |
| | ) | |
| Appellant. | ) | |

PER CURIAM — Timothy Gonsalves appeals the community supervision fee imposed as part of his sentence for second degree identity theft and DUI. He contends the fee should be stricken because he is indigent, the fee is discretionary, and the trial court indicated it intended to waive all discretionary financial obligations. The record and our recent decision in State v. Dillon, No. 78592-3-I, slip op. at (Wash. Ct. App. Feb. 3, 2020), https://www.courts.wa.gov/opinions/pdf/785923.pdf (remanding to trial court to strike DOC supervision fees where the record reflected the trial court's intent to waive all discretionary LFOs) support Gonsalves' argument. We remand for the court to strike the community supervision fee from the judgment and sentence.

Remanded for proceedings consistent with this opinion.

FOR THE COURT: